UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                    In Bankruptcy

**DAVID & COLETTE CURTIS**                   Case No.: 10-40111-PJS
                                                          Chapter 7
                                                          Honorable PHILLIP J. SHEFFERLY

_____Debtor (s)_____/

NOTICE OF UNDER $5.00 DIVIDEND

TO THE CLERK OF THE COURT:

The attached check in the amount of $4.19 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| RECOVERY MANAGEMENTS SYSTEMS<br>For GE Money Bank<br>d/b/a SAMS CLUB<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 13 | $4.19 |

Dated: October 13, 2010

/s/ BASIL T. SIMON (P26340)\_\_\_
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com